AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 25 2025

MITCHELL R. ELFERS
CLERK OF COURT

|  |  |
|---|---|
| United States of America<br>v.<br><br>Katherynn Idaly MIER<br><br>*Defendant(s)* | )<br>)<br>) Case No: 25-258 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>February 23, 2025</u> in the county of <u>Dona Ana</u> in the State and District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections)</u>, an offense described as follows:

engaged in a conspiracy to commit a violation of 8 USC 1324(a)(1)(a)(v)(I) Conspiracy, to wit: 8 USC 1324(a)(1)(a)(ii) Transporting, knowing or in reckless disregard of the fact that, ALIENS, had come to, entered, or remained in the United Sates in violation of law, transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law

This criminal complaint is based on these facts:
On February 23, 2025, the Santa Teresa Border Patrol Agents' (BPAs) were conducting surveillance on McNutt Rd. near the main entrance to the Cristo Rey Mountain, located in Sunland Park, New Mexico.
At approximately 7:30 am, BPAs responded to a sensor activation at the main trail of the Cristo Rey entrance. As BP1 arrived on scene at the Cristo Rey main parking lot, BP1 observed BP2 making contact with a white in color sedan. BP2 stated he had observed a female, wearing a pink top and black bottoms, ascend the hiking trail at approximately 7:33 am by herself.

☒ Continued on the attached sheet.

Complainant's signature

Saul H. Mendez, Agent
*Printed name and title*

Sworn to before me via telephone and signed in my presence.

Date: February 25, 2025

City and state: Las Cruces, N.M.

Judge's signature

Gregory B. Wormuth, Chief U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Katherynn Idaly MIER

**Continuation of Statement of Facts:**
Within less than two minutes, the same female was observed descending the trail, this time, she was accompanied by three individuals. The three individuals that were seen coming down the main trail with the female were not seen going up the at any time as surveillance of the area was conducted for morning hikers.
At the parking lot near the main trail, BP2 encountered a white in color sedan, which was parked in the main parking lot. BP2 approached the vehicle and identified himself as a United States Border Patrol Agent. On the driver's side, BP2 encountered the female from the trail, wearing a pink top and black bottoms, who identified herself as Kathrynn Idaly MIER, a United States citizen. Additionally, there were three other individuals in the vehicle, one seated in the passenger seat and two in the back seat. BP2 proceeded to question the three passengers of the vehicle as to their citizenship and nationality. Two passengers admitted to being citizens of Mexico and the third admitted to being a citizen of Guatemala. All three subjects did not have any immigration documentation allowing them to be in, enter or remain in the United States legally. Furthermore, the three subjects admitted to having made illegal entry that morning.
At approximately, 7:40 am, the three illegal aliens were placed under arrest and were transported to the Santa Teresa Border Patrol Station for further processing. Kathrynn Idaly Mier was arrested as well and transported to the Santa Teresa Border Patrol Station for further questioning regarding her involvement in human smuggling, as part of the investigation.
POST MIRANDA-PRICIPAL: Kathrynn Idaly MIER made the following post Miranda statement, to BPAs regarding her involvement in the aforementioned alien smuggling scheme. Kathrynn Idaly MIER readily admitted that she knew the three subjects she picked up were illegally present in the United States and she stated that she was going to receive monetary gain for each illegal alien she picked up and for successfully transporting them further into the United States. Kathrynn Idaly MIER stated that she was to further their entry by taking them to an unknown location in El Paso, TX.
DISPOSITIONS: Based on the aforementioned facts, your Affiant believes that there is probable cause to believe that Kathrynn Idaly MIER, along with other unknown individuals did violate Title 8 United States Code, Sections 1324 (a)(A)(v)(I).
AUSA Joni Stahl was presented the case for prosecution. The case was accepted based on the aforementioned facts, Kathrynn Idaly MIER will be charged under 8 USC 1324 (Conspiracy and Transport).

**Continuation of Statutory Language:**

*criminal complaint*
*25MJ258*

_____
Signature of Judicial Officer

_____
Signature of Complainant

<u>Mendez, Saul H.</u>
Filing Agent